# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                          **CASE NO. 3:16cr55/MCR**

**CLIFFORD B. GANDY, JR.**
_____

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the indictment in the above-entitled action, the United States sought forfeiture of all property of the defendant, **CLIFFORD B. GANDY, JR.**, pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924, as property constituting, or derived from, proceeds obtained directly or indirectly from the violations set forth in said indictment and/or property used or intended to be used to commit or promote the commission of the offenses set forth in Counts One through Three of said indictment;

AND WHEREAS, on or about October 25, 2016, defendant **CLIFFORD B. GANDY, JR.** was found guilty by a jury of the violations set forth in the indictment, and has consented to forfeiture with regard to the defendant's interest in the specifically below noted property;

AND WHEREAS, by virtue of said guilty verdict and concession of forfeiture, the United States is now entitled to possession of said property, pursuant to Titles 21 and 18, and Rule 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1. That all of defendant's right and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. That the property which is subject to forfeiture in this Order is as follows:

    **A.** **$847 in United States currency, and**
    **B.** **Taurus 9 millimeter pistol with Winchester .380/9mm and Makarov 9 mm ammunition.**

3. That an order of preliminary forfeiture is hereby entered in favor of the United States against defendant **CLIFFORD B. GANDY, JR.** pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure.

**IT IS SO ORDERED** this 28th day of October, 2016.

        *s/ M. Casey Rodgers*
        **M. CASEY RODGERS**
        **CHIEF UNITED STATES DISTRICT JUDGE**