IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                  Case No. 3:16cr55/MCR

**CLIFFORD B. GANDY, JR.**

## FINAL ORDER OF FORFEITURE
## AS TO DEFENDANT CLIFFORD B. GANDY, JR.

WHEREAS, on October 28, 2016, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924, based upon the defendant's guilty findings on Counts One, Two, and Three of the indictment in this action, and the attached forfeiture provision thereto, of the property listed as:

> **A. $847 in United States currency seized from the defendant, and
> B. Taurus PT609 9 millimeter pistol with Winchester .380/9mm and Makarov 9 mm ammunition seized from the defendant.**

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2(b)(2) of the Federal Rules of Criminal Procedure, said Preliminary Order of Forfeiture shall be made final as to defendant **CLIFFORD B. GANDY, JR.** at the time of sentencing and shall be made part of the sentence and included in the

FILED IN OPEN COURT THIS

9-22-2017

CLERK, U. S. DISTRICT
COURT, NORTH. DIST. FLA.

judgment now wherefore,

IT IS HEREBY ORDERED:

That all of defendant **CLIFFORD B. GANDY, JR.'s** right, title and interest in the property described above is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to the defendant for all purposes.

IT IS SO ORDERED this 22 day of Sept., 2017.

s/ M. Casey Rodgers
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE