IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                 Case Nos.:  3:16cr55/MCR/MAL
                                                                             3:20cv5975/MCR/MAL

CLIFFORD B. GANDY,

    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 24, 2022.  ECF No. 115.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de</u> <u>novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation, ECF No. 115, is adopted and incorporated by reference in this order.

2. Defendant's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 102, is **DENIED;** and

3. A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 8th day of December 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

Case Nos.: 3:16cr55/MCR/HTC; 3:20cv5975/MCR/HTC